IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03162-LTB

JAVAY LYNCH,

    Plaintiff,

v.

TOM CLEMENT, Executive Director (CDOC),
LT. KEN TOPLESS, Hearing Officer,
LT. LINDA WORTHEN,
LT. VALARIE CRAIG, Disciplinary Officer,
MJR. FREDIN L. MIKLICH, and
RAE TIMME, Warden,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 29, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of March, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ S. Grimm
            Deputy Clerk